The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| HANNAH J. PELLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company, and JOHN DOES and JANE DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:20-cv-1460-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

## **ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulated Motion to Continue Trial Date be, and the same hereby is, ENTERED.

IT IS FURTHER ORDERED that the new trial date is July 18, 2022.

DATED THIS 20th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

4841-7935-1035.1

**Presented By:**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*s/Keith M. Hayasaka*
Keith M. Hayasaka, WSBA# 51949
Attorneys for Defendants

*s/Rachelle R. Stefanski*
Rachelle R. Stefanski, WSBA# 56353
Attorneys for Defendants

**And By:**
**SEMENEA LAW FIRM, P.S.**

*s/Leonard Semenea*
Leonard Semenea, WSBA# 35327
Attorney for Plaintiff

I.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

4841-7935-1035.1